JOHN C. DERBY, Appellant, *v.* J. EARL HULBERT, as Executor, etc., et al., Respondents.

(Argued February 29, 1884 ; decided March 11, 1884.)

*N. A. Woodward* for appellant.

*William F. Cogswell* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.